NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WAYMON SPRADLEY,                       )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-1793
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed March 13, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Edward Nicholas,
Judge.

Waymon Spradley, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and BADALAMENTI, JJ., Concur.